John S. Hart, appellee, v. Elizabeth I. Oliver, appellant. Gen. No. 23,770.

Creditor's bill to set aside conveyance as fraudulent. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 15, 1918.

Ossian Cameron and S. C. Irving, for appellant. Fred H. Atwood, Charles O. Loucks and Vernon R. Loucks, for appellee.

Mr. Justice Barnes delivered the opinion of the court.